IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC.,** *Plaintiff,* v. **A nan sticker shop,** *et al.,* *Defendants.* | **SEALED** Civil Action No. 1:25-cv-6151-TWT |

## ORDER GRANTING PLAINTIFF'S MOTION TO LIFT SEAL

THIS CAUSE, comes before the Court on Plaintiff's Motion to Lift Seal (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is hereby GRANTED. The seal previously imposed pursuant to this Court's Order Granting Plaintiff's Motion for Leave to File Under Seal is hereby lifted, and all judicial records shall be made publicly available.

SO ORDERED: this \_\_\_24th\_\_\_ day of \_\_\_November\_\_\_, 2025.

_____
**THOMAS W. THRASH, JR.**
**UNITED STATES DISTRICT JUDGE**

1