IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC.,** *Plaintiff,* v. **A nan sticker shop,** *et al.,* *Defendants.* | Civil Action No. 1:25-cv-6151-TWT |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff University of Georgia Athletic Association, Inc., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. A nan sticker shop;
2. Chromatica threads;
3. DETET;
4. DingS;
5. Female fans;
6. TheCocoBear;
7. Top womens clothing;

1

8. WF funny sticker;

9. WN funny sticker; and

10. YIEMIER.

Dated: November 30, 2025.

                Respectfully submitted,
                THE SLADKUS LAW GROUP

                *s/ Carrie A. Hanlon*
                Carrie A. Hanlon
                Ga. Bar No. 289725
                E-mail: carrie@sladlaw.com
                Jason H. Cooper
                Ga. Bar No. 778884
                E-mail: jason@sladlaw.com

                1397 Carroll Drive
                Atlanta, Georgia 30318
                Telephone: (404) 252-0900
                Facsimile: (404) 252-0970

                ***Attorneys for Plaintiff***