# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:25-cv-06151-TWT
### University of Georgia Athletic Association, Inc. v. AAA Love et al
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 12/04/2025.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 10:10 A.M.
TIME IN COURT: 00:5
OFFICE LOCATION: Atlanta

COURT REPORTER: Diane Peede
CSO/DUSM: 1 CSO
DEPUTY CLERK: Jordyn Holder

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Jason Cooper representing University of Georgia Athletic Association, Inc. Carrie Hanlon representing University of Georgia Athletic Association, Inc. |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MINUTE TEXT: | Hearing held on the Plaintiff's [8] Request for Preliminary Injunction. For the reasons stated on the record, the Court GRANTED the request. A written order will follow. |
| HEARING STATUS: | Hearing Concluded |