IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| AAA LOVE; ANMAIFUSHIRMM; AuroraThreadEclat; AZURAstore; beijingyingyingwanwun_0; BINBBOT; CANSOO; chengduqianyuqingyuan0; chenzhoushibeihuqumeichunshangmao youxiangongsi; ChillTee SHOP; Cozy Tee; CrossVibe Co; ĐÀO HÀ STORE; eorysul4uv; Fashionable Cap Corner; ghshop; GLBCC; GlobeMart A; H707951'shop; Haikou mens wear; KUU Cup; Lady Bingo; LidSpark; LJ VogueVest; LUYUANDUOSHIPIN; lxh666_9; Majianshe; MICHER; MPACT W; Painted Pantry; portukisle; Printify X; ingDaoXinChangXingFuShiYouXianGo ng Si; Quynh 08; SapienTee; SEVENJUNLIN PAINTING; SHANSHANDFSF; SHISHANGSHIPINDIANPU; Sound Of Trend; SZNW; T DressDream; TeeTrendMaker; Thread Hue; Tindr; TMFEIXIANG SHOP; TMMINHOU SHOP;  TrendLab; Two qing; VINMFLUOTEX Store; WalldecorsStore; ydyb2025; Yeya Jewelry; Youll strike it rich; zewuyu; zhaodfeng; ZY Whish; and ZZZ-Home of jerseys, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. CV-1:25-CV-06151 |
| Defendants. | ) | |

## MOTION TO DISMISS

Defendant AAA LOVE ("AAA LOVE") through its undersigned counsel hereby moves to dismiss the Complaint asserted against it by University of Georgia Athletic Associations ("UGAA" or "Plaintiff") for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).  This Complaint purports to allege two counts: Infringement of Trademarks in Violation of 15 U.S.C. § 1114 and False Designation of Origin and/or False Endorsement in Violation of 15 U.S.C. §1125(a) but fails to properly allege either count against Defendant AAA Love.  Because amendment of Plaintiff's claims would be futile, Defendant requests that the dismissal be made with prejudice.

A memorandum of law is filed concurrently with this motion fully setting forth the factual circumstances and supporting authority for this motion.

Dated: January 21, 2026

By: /s/ Douglas. L. Bridges

Douglas L. Bridges
GA Bar No. 080889
ADAMSIP, LLC
453 Dauphin Street
Mobile, Alabama 36602
Phone: (251) 289-9787
doug@adamsiplaw.com

*Attorney for AAA LOVE*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been filed electronically and provided to the Plaintiff via ECF on January 21, 2026.

/s/Douglas L. Bridges/_____

Douglas L. Bridges, Esq.

ADAMSIP, LLC

453 Dauphin Street

Mobile, AL, 36602

Tel:(251)289-9789

doug@adamsiplaw.com

3