IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **UNIVERSITY OF GEORGIA ATHLETIC ASSOCIATION, INC.,**  *Plaintiff,*  v.  **A nan sticker shop,** *et al.,*  *Defendants.* | Civil Action No. 1:25-cv-6151-TWT |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff University of Georgia Athletic Association, Inc., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. LUYUANDUOSHIPIN;
2. Painted Pantry; and
3. SHISHANGSHIPINDIANPU.

Dated: January 25, 2026.

1

Respectfully submitted,
THE SLADKUS LAW GROUP

*s/ Carrie A. Hanlon*
Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***